UNITED STATES COURT OF INTERNATIONAL TRADE       FORM 1

| | |
|---|---|
| Saarsteel Incorporated<br><br>                              **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br><br>                              **Defendant.** | **S U M M O N S**  21-00271 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                                            **/s/ Mario Toscano**
                                                            Clerk of the Court

## PROTEST

| Port of Entry: | 3901 | Date Protest Filed: | 04/23/20 |
|---|---|---|---|
| Protest Number: | 390120110739 | Date Protest Denied: | 12/02/20 |
| Importer: | 13-167399500 (Saarsteel Inc.) | | |
| Category of Merchandise: | 7228.30.8015; 9903.80.01 | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 016-11830207 | 12/24/2018 | 12/06/2019 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,

5600 Pearl Street
Rosemont, IL 60018

Address of Customs Port in
Which Protest was Denied

Name: Marc E. Montalbine
Address: 1090 Vermont Ave NW; Ste 410
Washington, DC 20005
Tel. No.: (202) 783-6900
E-mail: montalbine@dhlaw.de

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Material - ZF7B (20MnCr5 Modified) Diameter 0.875 & 1.000, SBQ (SPECIAL BAR QUALITY) HOT WROUGHT STEEL ROUND BAR, Cut Length bars | 7228.30.8015; 9903.80.01 | Free for normal duties but 25% special 232 steel tariff rate. | 7228.30.8015; 9903.80.01 Exclusions 183788 & 183797 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The decision being contested is the decision to assess special 232 steel tariffs on the imported merchandise. The protest claim is that the imported merchandise is excluded from the application of special steel tariff rates pursuant to an exclusion granted by the Department of Commerce Bureau of Industry and Security.

The issue which was common to all such denied protests:

Eligibility for exclusion from special 232 steel tariffs under BIS Exclusions Request Numbers 183788 & 183797.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Marc E. Montalbine
_____
*Signature of Plaintiff's Attorney*

_____
*Date*

## SCHEDULE OF PROTESTS

3901
_____
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 390120110739 | 04/23/2020 | 12/02/2020 | 016-11830207 | 12/24/2018 | 12/06/2019 |
| 390120110740 | 04/23/2020 | 12/02/2020 | 016-11837699 | 02/18/2019 | 01/24/2020 |
| 390120110745 | 04/23/2020 | 12/08/2020 | 016-11839919 | 03/13/2019 | 02/14/2020 |
| 390120110744 | 04/23/2020 | 12/02/2020 | 016-11842228 | 03/25/2019 | 02/28/2020 |
| 390120110743 | 04/23/2020 | 12/02/2020 | 016-11843663 | 04/12/2019 | 03/20/2020 |
| 390120110742 | 04/23/2020 | 12/02/2020 | 016-11846534 | 04/19/2019 | 03/27/2020 |
| 390120110812 | 04/24/2020 | 12/08/2020 | 016-11852052 | 05/17/2019 | 04/24/2020 |
| 390120113520 | 6/08/2020 and amended 8/6/2020 | 12/08/2020 | 016-11857010 | 06/21/2019 | 05/29/2020 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)